1032

[No. 24943-6-I.   Division One.   February 4, 1991.]

THE STATE OF WASHINGTON, *Appellant,* v. WOODROW F. BRODE, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 88-1-00281-8, Gilbert E. Mullen, J., entered October 6, 1989. *Reversed* by unpublished opinion per Grosse, C.J., concurred in by Coleman, J., and Winsor, J. Pro Tem.

[No. 23998-8-I.   Division One.   February 4, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMIE N. COTTERILL, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 88-8-00403-8, Frank A. Morrow, J. Pro Tem., entered February 13, 1989. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster, A.C.J., and Forrest, J.

[No. 26511-3-I.   Division One.   February 4, 1991.]

MARK H. MILLER, *Appellant,* v. FRANK COSTA, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 90-2-01303-1, George A. Finkle, J., entered June 13, 1990. *Affirmed* by unpublished opinion per Agid, J., concurred in by Webster, A.C.J., and Scholfield, J.